UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SYLVIA REYES,

                Plaintiff,

-against-

NORTH SHORE-LONG ISLAND JEWISH
HEALTH SYSTEM,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
00-CV-6400 (FB)

      A Memorandum and Order of Honorable of Honorable Frederic Block, United States District Judge, having been filed on August 17, 2005, granting North Shore's motion for summary judgment; and dismissing plaintiff's complaint; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that North Shore's motion for summary judgment is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
       August 17, 2005

                                                        ROBERT C. HEINEMANN
                                                      Clerk of Court